**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 29 2012

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　DEP CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION          MDL No. 2385

**FILED**

(SEE ATTACHED SCHEDULE)          AUG 29 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

CONDITIONAL TRANSFER ORDER (CTO –4)

On August 8, 2012, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 17 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of August 8, 2012, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Aug 29, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____
　　　　　Deputy Clerk
Date ___08/29/2012___

IN RE: PRADAXA (DABIGATRAN ETEXILATE)
PRODUCTS LIABILITY LITIGATION

MDL No. 2385

## SCHEDULE CTO-4 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 12-00507 | Summers v. Boehringer Ingelheim Pharmaceuticals Inc et al 12-60035 DRH/SCW |
| **ARKANSAS WESTERN** | | | |
| ARW | 2 | 12-02185 | Dalton v. Boehringer, Ingelheim Pharmaceuticals, Inc. et al 12-60036 DRH/SCW |
| ARW | 3 | 12-03108 | Brooks v. Boehringer, Ingelheim Pharmaceuticals, Inc. et al 12-60037 DRH/SCW |
| ARW | 4 | 12-04096 | Langdon v. Boehringer, Ingelheim Pharmaceuticals, Inc. et al 12-60038 DRH/SCW |
| **LOUISIANA WESTERN** | | | |
| LAW | 2 | 12-02125 | Hay v. Boehringer Ingelheim Pharmaceuticals Inc et al 12-60039 DRH/SCW |
| **TENNESSEE EASTERN** | | | |
| TNE | 3 | 12-00419 | Zydel v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60040 DRH/SCW |
| TNE | 3 | 12-00420 | Marino v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60041 DRH/SCW |
| **TENNESSEE WESTERN** | | | |
| TNW | 1 | 12-01177 | Lunsford v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60042 DRH/SCW |
| **TEXAS EASTERN** | | | |
| TXE | 6 | 12-00497 | Kee v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60043 DRH/SCW |
| TXE | 6 | 12-00498 | Runte v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60044 DRH/SCW |
| TXE | 9 | 12-00125 | Kerr v. Boehringer Ingelheim Pharmaceuticals, Inc. et al 12-60045 DRH/SCW |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 2 | 12-00166 | Jordan v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60046 DRH/SCW |
| TXN | 4 | 12-00555 | Landers v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60047 DRH/SCW |
| TXN | 4 | 12-00557 | Parry v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60048 DRH/SCW |
| TXN | 6 | 12-00053 | Self v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60049 DRH/SCW |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12-02381 | Cannon v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60050 DRH/SCW |
| TXS | 4 | 12-02427 | Halford v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60051 DRH/SCW |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 12-00715 | Whitehouse v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60052 DRH/SCW |
| TXW | 1 | 12-00716 | Conti v. Boehringer Ingelheim Pharmaceuticals, Inc. et al  12-60053 DRH/SCW |